*Original*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x Civil Action No.: CV-04-5488 (NGG)(ACS)

UNITED STATES OF AMERICA,

         Plaintiff,

- against-

EILEEN M. PEREZ,
aka EILEEN JUSINA

         Defendant.

------------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUL 1 1 2005 ★
BROOKLYN OFFICE

## DEFAULT JUDGMENT

Because Eileen M. Perez failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Eileen M. Perez:

**Claim No. C99-04728W**

| | |
|---|---|
| Principal Balance: | $1,941.23 |
| Total Interest Accrued at 8.000%: | $1,206.38 |
| Subtotal: | $3,147.61 |

**Claim No. C99-04727W**

| | |
|---|---|
| Principal Balance: | $2,890.60 |
| Total Interest Accrued at 8.000%: | $3,569.72 |
| Filing and Service of Process: | $180.00 |
| Subtotal: | $6,640.32 |
| Attorney's Fees: | $ — |
| Total Owed: | $9,787.93 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
July 7, 2005

_____
Nicholas G. Garaufis
United States District Judge